UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ADMINISTRATIVE ORDER REGARDING COMPUTATION OF TIME FOR FILING OF INFORMATIONS OR INDICTMENTS DUE TO COVID-19 MATTERS | ) ) ) ) ) ) ) Misc. No. 2:20-mc-401-MRH |

## ADMINISTRATIVE ORDER

IN FURTHERANCE of this Court's prior Orders entered on March 16, 2020, March 19, 2020, and April 3, 2020 at the above-referenced Miscellaneous Number; and

CONSISTENT WITH this Court's March 13, 2020, Order at Miscellaneous Number 2:20-mc-394-MRH; and

WHEREAS, the federal government has issued guidance regarding the immediate and ongoing need for extraordinary nationwide measures to restrict the amount of person-to-person contact and to mitigate the spread of COVID-19, including that gatherings of more than ten individuals are to be avoided; and

WHEREAS, individuals who may be carrying the virus with or without symptoms – including grand jurors, court staff, court reporters, attorneys, witnesses, security personnel, and the general public – may come into close proximity with other persons; and

WHEREAS, this Court canceled the grand jury session that had been scheduled to convene on March 17, 2020;

WHEREAS, pursuant to the March 19, 2020 Order entered in this matter, all grand jury sessions were suspended through April 3, 2020;

1

WHEREAS, pursuant to the March 19, 2020 Order entered in this matter, the time from March 13, 2020 through the earlier of April 15, 2020, or the date the grand jury reconvenes, is excludable time in terms of calculating the thirty-day period by which, pursuant to 18 U.S.C. § 3161(b), an indictment must be filed after an arrest on a complaint;

WHEREAS, pursuant to the April 3, 2020 Order entered in this matter, all grand jury sessions were suspended through April 17, 2020; and,

WHEREAS, pursuant to the April 3, 2020 Order entered in this matter, the time from April 15, 2020 to the earlier of April 29, 2020, or the date the grand jury reconvenes, is excludable time in terms of calculating the thirty-day period by which, pursuant to 18 U.S.C. § 3161(b), an indictment must be filed after an arrest on a complaint.

NOW, THEREFORE, in order to further public health and safety, and considering the ongoing guidance from national, state, and local officials that group gatherings continue to be limited,

IT IS HEREBY ORDERED that all grand jury sessions are hereby suspended through May 1, 2020.

IT IS FURTHER ORDERED that the time from April 29, 2020 to the earlier of May 12, 2020, or the date the grand jury reconvenes, is excludable time in terms of calculating the thirty-day period by which, pursuant to 18 U.S.C. § 3161(b), an indictment must be filed after an arrest on a complaint.

IT IS FURTHER ORDERED that, for the reasons set forth in the Administrative Order dated March 13, 2020, at Miscellaneous Number 2:20-mc-394-MRH, and in the Administrative Order dated March 16, 2020, at Miscellaneous Number 2:20-mc-401-MRH, the Court specifically finds and concludes that the ends of justice served by taking such action and by such a delay

materially outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). In making this decision, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iii), the Court considered and determined that, due to the suspension of the grand jury, the arrests occurred at a time such that it is unreasonable to expect the return and filing of such indictments within the period specified in Section 3161(b).

IT IS FURTHER ORDERED that the Court may extend the period of exclusion by further Order as circumstances warrant.

April 15, 2020

_____
Honorable Mark R. Hornak
Chief United States District Judge